United States District Court
D.R.I.

BRYAN SEVEGNY,
   Plaintiff

— V. —

R.I.D.O.C.,
   Defendant

RECEIVED
JUL 19 2022
U.S. DISTRICT COURT
DISTRICT OF R.I.

COMPLAINT

C.A. NO.: _____

## I. JURISDICTION & VENUE

1. This is a Civil action authorized by 42 U.S.C. § 1983, I seek Declatory relief pursuant to 28 U.S.C. § 2201, as well as injunctive relief pursuant to 28 USC § 2202.

2. The U.S. District Court for the District of Rhode Island is an appropriate venue to hear this case.

## II. PLAINTIFF

3. The PLAINTIFF, BRYAN SEVEGNY, is currently a prisoner in the custody of the DEFENDANT, RIDOC.

(1)

## III. DEFENDANT

4. The DEFENDANT, RIDOC, is sued in it's OFFICIAL CAPACITY. (RIDOC signifies Rhode Island Department of Corrections).

## IV. FACTS

5. On ~~deleted~~ ~~deleted~~ 1/19/2016 I had been disciplined for allegedly damaging the video court unit, & then sanctioned to $8.00 (eight dollars & zero cents) of RESTITUTION.

6. On 5/20/2016 I was criminally charged for the alleged destruction of the video court unit described in paragraph 5 of this COMPLAINT.

7. CASE NO: 32-2016-04287, for the Damage to Public Property Video/Audio Transmitting Unit (11-44-11 of RIGL) was dismissed on 5/24/2018 pursuant to RULE 48 A of RI COURT RULES.

(2)

8. When the aforementioned charge had been dismissed I was in the custody of the E.S.H. of B.H.D.D.H. & had been for many months.

9. On 22/2/2018 while Incarcerated @ the WORCESTER HOUSE OF CORRECTIONS, my INMATE ACCOUNT @ THE RIDOC, Aci had been placed into debt for RESTITUTION for DESTRUCTION OF VIDEO COURT UNIT.

10. According to the INMATE ACCOUNT SUMMARY which I have submitted with the MOTION TO PROCEED IN FORMA PAUPERIS for this here COMPLAINT on 11/1/2018 I accrued a DEBT OF $4,699.00 for RESTITUTION for DESTRUCTION

(3)

OF VIDEO COURT UNIT.

### V. EXHAUSTION OF REMEDIES

11. On 3/29/22 I submitted a LEVEL 1 GRIEVANCE FORM to resolve my issue, for which the DEPUTY WARDEN FENNESSY Responded (allegedly) on 4/3/2022 as "UNPROCESSED" because I violated RIDOC POLICY for not submitting the GRIEVANCE within 7 days.

12. On 4/12/22 I had submitted my LEVEL 2 — IT WAS NOT RESPONDED TO.

13. (NOTE: I'm sorry to waste this courts TIME on such matters that the decentralization of RIBCO/RIDOC could resolve for the benefit of this STATE & NATION.)

(4)

## VI. LEGAL CLAIMS

24. The DEFENDANT RIDOC has violated the PLAINTIFF's 14TH Amendment Right to DUE PROCESS of the U.S. CONST. as described in paragraph 20 of this COMPLAINT, (when I was not even in their custody mind you!) by placing me into DEBT for an INFRACTION for which I had already been Sanctioned to $8.00 of RESTITUTION as described in paragraph 5 of this COMPLAINT pursuant to RIDOC POLICY, & the DEBT described in paragraph 20 of this COMPLAINT does not conform to the RIDOC POLICY's process concerning such a sanction.

25. As described in paragraph 24 of this COMPLAINT, the DEFENDANT



has violated ART. 1 SEC. 2 of the R.I. STATE CONST..

26. The DEFENDANT RIDOC has violated the plaintiff's LIBERTY INTEREST RIGHT of the 14TH AMENDMENT of the US CONST. as described in paragraph 25 of this COMPLAINT.

27. As an obvious act of RETALIATION by the DEFENDANT upon the PLAINTIFF as described in paragraph 7 of this COMPLAINT. Because the CRIMINAL CHARGE was dismissed, the DEFENDANT has violated the PLAINTIFF's 8TH AMENDMENT RIGHT to the U.S. CONST.

28. As described in paragraph 27 of this COMPLAINT, the DEFENDANT has

(6)

violated the PLAINTIFF'S ART. 1 SEC. 8 RIGHT of the R.I. STATE CONST.

## VII. RELIEF REQUESTED

Wherefore the Plaintiff respectfully requests that this court grant the following relief:

"29.   INJUNCTIVE RELIEF ORDERING THE DEFENDANT TO:

· A. Relieve the PLAINTIFF of the $1,699.00 DEBT accrued on 11/1/18 for "RESTITUTION" for "DESTRUCTION OF VIDEO COURT UNIT."

· B. REFUND the $37.11 the DEFENDANT charged the PLAINTIFF for the illegal "RESTITUTION" "DEBT" accrued on 11/1/2018 on 8/26/21.

· C. REFUND the $6.52 the DEFENDANT charged the PLAINTIFF for the illegal "RESTITUTION" "DEBT" accrued on

⑦

11/2/2018 on 10/29/22.

D. REFUND the $0.76 the DEFENDANT charged the PLAINTIFF for the illegal "RESTITUTION" "DEBT" accrued on 11/2/2018 on 10/27/22.

E. ~~sue the IRS~~ Request that the ~~IRS~~ AUDIT the RIDOC (SOMEONE must have REQUISITIONED the money from their TAX PAYERS BUDGET!)

20. DECLATORY JUDGEMENT STATING:

A. The PLAINTIFF's RIGHTS have been VIOLATED by the DEFENDANT as described in SECTION VI LEGAL CLAIMS of this COMPLAINT.

21. My court costs paid for by the DEFENDANT.

22. JUDGE (BENCH) Trial on all issues triable by JUDGE (BENCH).

23. Any additional Relief this court deems just, proper & equitable.

(8)

## VERIFICATION

I, the PLAINTIFF, BRYAN SEVERY, hereby verify that the alleged matters herein are true & correct & I do so under the penalty of perjury.

EXECUTED @ E.S.H. on:

7/13/22

*Bryan Severy*

BRYAN SEVERY
(PRO-SE)



13.10 DOC; Inmate Grievance Procedure | Page 1 of 1

# RHODE ISLAND DEPARTMENT OF CORRECTIONS
## INMATE GRIEVANCE FORM

| Grievance #: 2022-0182 | Date Recieved (Level 1): 3/29/2022 | Date Recieved (Level 2): |
|---|---|---|

**DO NOT WRITE ABOVE THIS LINE**

### Part A. – Complaint

**Instructions:** Provide complete, accurate and legible information. Attach copies of required documentation. If additional space is needed, please attach a separate sheet to this form and include your name and inmate ID number on each sheet of paper. Failure to adhere to the filing procedures outlined in the most recent version of RIDOC policy 13.10; Inmate Grievance Procedure, may result in your grievance being returned as denied or unprocessed.

Inmate Name: BRYAN SEVEGNY     Inmate ID#: 135880    Grievance File Date: 3/29/22

(NOTE: THIS GRIEVANCE HAS BEEN SUBMITTED ALREADY EITHER MACOMBER OR CLOUD HAS PROCESSED IT.)

Facility: ☐ ISC  ☑ HSC  ☐ MAX  ☐ MED  ☐ MIN  ☐ WOM

Description (Must include the date the incident occurred, the facility where it occurred and the reasonable relief requested):
On 5/24/18 a charge of Damage to Public Property Video/Audio Transmitting Unit was dismissed pursuant to Rule 48A Super.Ct. Rules. As a result of this dismissal by the STATE OF RI, the RIDOC placed me in debt in NOVEMBER 2018 as an act of retaliation when I wasn't in their custody, and even though I had been sanctioned to only 8 DOLLARS of restitution years prior on AUDIT. Please clear me of this illegal 4 thousand dollar debt

Inmate's Signature: Bryan Sevegny     Date: 3/29/22 accrued on record as NOVEMBER 2018. Thank you.

Receiving Staff Signature: _____ Date: _____

**DO NOT WRITE BELOW THIS LINE**

### Part B. – Response
☐ Level 1 - Date Received by Warden/designee: _____    ☐ Level 2

Mr. Sevegny,

This grievance is in violation of Policy 13.10-4. Inmates have seven days to submit a grievance from the time they are aware of the problem. This grievance is returned unprocessed.

Deputy Warden Fennessey

☐ Approved  ☐ Denied  ☑ Unprocessed  ☐ Withdrawn  ☐ Referred to: _____

Signature: _____ Title: Deputy    Response Date: 4/8/2022

### Part C. – Appeal
☐ Level 1 Grievance Response Not Received Within Fifteen (15) Days

**Instructions:** If you wish to appeal your Level 1 grievance decision please sign and date below. **DO NOT** include a statement or summary of your grievance, as it is on file with the Department. This appeal will take into consideration **only** the grievance statement submitted at Level 1.

Inmate Signature: Bryan Sevegny     Date: 4/12/22

Level 1 Distribution: Facility Grievance Officer, Inmate    Level 2 Distribution: Department Grievance Coordinator

Ⓐ
C.C. RI STATE HOUSE